MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
         hoguem@gtlaw.com

*Counsel for Defendant*
*Allegiant Travel Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BRATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-00767-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ALLEGIANT TRAVEL COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Allegiant Travel Company ("Allegiant"), by and through its undersigned counsel of record, and Plaintiff Rebecca Bratcher ("Plaintiff"), by and through her undersigned counsel of record, hereby stipulate and agree to extend the time for Allegiant to file an answer or other responsive pleading to Plaintiff's Complaint up to and including June 30, 2020.

Good cause supports this request for extension, as counsel for Allegiant has recently been retained and requires additional time to investigate Plaintiff's claims and respond to dozens of

paragraphs of allegations in Plaintiff's Complaint. Additionally, Allegiant is seeking to transfer and consolidate a separate action brought in the Eastern District of Michigan, Case No. 3:20-cv-10938-RHC-MJH, with these proceedings here in Nevada, which requires additional time to complete.

**IT IS SO STIPULATED.**

DATED this 19th day of May, 2020.                    DATED this 19th day of May, 2020.

GREENBERG TRAURIG, LLP                               WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP


/s/ Jacob D. Bundick, Esq.                           /s/Jordan Butler
MARK E. FERRARIO, ESQ.                               DON SPRINGMEYER, ESQ.
Nevada Bar No. 1625                                  Nevada Bar No. 1021
JACOB D. BUNDICK, ESQ.                               JORDAN BUTLER, ESQ.
Nevada Bar No. 9772                                  Nevada Bar No. 10531
MICHAEL R HOGUE, ESQ.                                3556 E. Russell Road, 2nd Floor
Nevada Bar No. 12400                                 Las Vegas, Nevada 89120
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135                              BURSOR & FISHER, P.A.
*Counsel for Defendant*                              Yeremey Krivoshey, Esq. (Admitted *Pro Hac Vice*)
*Allegiant Air Travel*                               1990 North California Blvd., Suite 940
                                                     Walnut Creek, CA 94596

                                                     BURSOR & FISHER, P.A.
                                                     Andrew J. Obergfell, Esq. (Admitted *Pro Hac Vice*)
                                                     Max S. Roberts, Esq. (Admitted *Pro Hac Vice*)
                                                     888 Seventh Avenue, Third Floor
                                                     New York, NY 10019
                                                     *Counsel for Plaintiff*
                                                     *Rebecca Bratcher*

**ORDER**

**IT IS SO ORDERED.**

DATED this __20__ day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

ADMIN 36994329v1