# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BRATCHER, | Case No.: 2:20-cv-00767-APG-BNW |
| Plaintiff | **Order for Status Report** |
| v. | |
| ALLEGIANT TRAVEL COMPANY, et al., | |
| Defendants | |

Plaintiff Rebecca Bratcher moved to consolidate this case with another one pending in this District. ECF No. 17. The plaintiff in the other case, interested party Deanna Herr, suggested consolidation may be unnecessary if the Judicial Panel on Multi-District Litigation transferred the cases to the United States District Court for the Northern District of Illinois. *See* ECF Nos. 27; 29-2. Since then, there has been no update regarding the status of the proposed transfer to multi-district litigation.

I THEREFORE ORDER that by October 30, 2020, the parties and interested party Deanna Herr shall file a status report regarding the proceedings before the Judicial Panel on Multi-District Litigation and whether transfer is likely.

DATED this 2nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE