MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
　　　　bundickj@gtlaw.com
　　　　hoguem@gtlaw.com

ROBERT J. HERRINGTON, ESQ. (*Pro Hac Vice*)
California Bar No. 234417
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-0219
Email: herringtonr@gtlaw.com

*Counsel for Defendants*
*Allegiant Travel Company and Allegiant Air, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BRATCHER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>　　　　　　　Defendant. | Lead Case No.: 2:20-cv-00767-APG-BNW<br><br>[Consolidated with Case No. 2:20-cv-01002]<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |
| DEANNA HERR, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>　　　　　　　Defendant. | |

Defendants ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC (collectively, "Allegiant"), by and through their undersigned counsel of record, and Plaintiffs REBECCA BRATCHER and DEANNA HERR (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby stipulate and agree to set a deadline for Plaintiffs to file a Consolidated Complaint in the above-captioned matter, and to set a schedule for Allegiant's responsive pleading to the forthcoming Consolidated Complaint.  Good cause exists to grant this Stipulation, based on the following:

WHEREAS, on June 5, 2020, Plaintiff Rebecca Bratcher filed a motion for an order consolidating *Herr v. Allegiant Air, LLC*, Case No. 2:20-cv-01002 (D. Nev. 2020) (the "*Herr* Action") with this case (ECF No. 17) (the "Consolidation Motion");

WHEREAS, Allegiant did not oppose the Consolidation Motion because this case and the *Herr* Action are putative class actions concerning consumer refunds on Allegiant flights as a result of the COVID-19 pandemic, and thus Allegiant agreed that consolidation would promote efficiency;

WHEREAS, on June 25, 2020, the parties filed a Stipulation (ECF No. 25) indicating that a Consolidated Complaint would be filed if the Court granted the Consolidation Motion, and that Allegiant would respond to that Consolidated Complaint in lieu of responding separately to Bratcher's and Herr's complaints in different actions;

WHEREAS, the parties' June 25, 2020 Stipulation also advised the Court that this case and the *Herr* Action were the subject of a motion to transfer both cases, along with dozens of other COVID-19 airline ticket refund cases, before the Judicial Panel on Multi-District Litigation (MDL No. 2957) (the "MDL Transfer Motion");

WHEREAS, on June 30, 2020, the Court granted the parties' Stipulation and ordered that Allegiant's responsive pleading in this case would be triggered by a decision on the Consolidation Motion (ECF No. 30);

WHEREAS, the MDL Transfer Motion was subsequently withdrawn (ECF No. 35);

WHEREAS, on October 14, 2020, with the MDL Transfer Motion withdrawn, the Court: granted the Consolidation Motion; consolidated this case with the *Herr* Action, with Case No. 2:20-

1  cv-00767-APG-BNW as the lead case; and reassigned the *Herr* Action to Judge Andrew Gordon for
2  all further proceedings (ECF No. 36);
3      WHEREAS, to proceed efficiently and orderly, the parties met and conferred in good faith,
4  and agreed to set a schedule for Plaintiffs to file their Consolidated Complaint and for Allegiant's
5  response to the Consolidated Complaint.
6      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and
7  Allegiant, subject to the Court's approval, that:

(1) Plaintiffs shall file their Consolidated Complaint in this consolidated action on or before November 9, 2020;

(2) Allegiant shall answer, move or otherwise respond to the Consolidated Complaint on or before December 16, 2020;

(3) Plaintiffs' opposition to any motion in lieu of answer by Allegiant shall be due on or before January 15, 2021;

(4) Allegiant's reply in further support of any such motion shall be due on or before February 5, 2021.

**IT IS SO STIPULATED.**

DATED this 21st day of October, 2020.                    DATED this 21st day of October, 2020.

**GREENBERG TRAURIG, LLP**                               **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

/s/ Jacob D. Bundick                                     /s/ Don Springmeyer
MARK E. FERRARIO, ESQ.                                   DON SPRINGMEYER, ESQ.
Nevada Bar No. 1625                                      Nevada Bar No. 1021
JACOB D. BUNDICK, ESQ.                                   JORDAN BUTLER, ESQ.
Nevada Bar No. 9772                                      Nevada Bar No. 10531
MICHAEL R HOGUE, ESQ.                                    3556 East Russell Road, 2nd Floor
Nevada Bar No. 12400                                     Las Vegas, Nevada 89120
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135                                  Yeremey Krivoshey, Esq. (*Pro Hac Vice*)
                                                         **BURSOR & FISHER, P.A.**
Robert J. Herrington, Esq. (*Pro Hac Vice*)              1990 North California Boulevard, Suite 940
**GREENBERG TRAURIG, LLP**                               Walnut Creek, California 94596
1840 Century Park East, Suite 1900
Los Angeles, California 90067
*Counsel for Defendants Allegiant Travel Company and Allegiant Air, LLC*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

Andrew J. Obergfell, Esq. (*Pro Hac Vice*)
Max S. Roberts, Esq. (*Pro Hac Vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue, Third Floor
New York, New York 10019

Lawrence J. Semenza, III, Esq.
Nevada Bar No. 7174
Christopher D. Kircher, Esq.
Nevada Bar No. 11176
Jarrod Rickard, Esq.
Nevada Bar No. 10203
Katie L. Cannata, Esq.
Nevada Bar No. 14848
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

David R. Dubin, Esq. (*Pro Hac Vice*)
Nicholas A. Coulson, Esq. (*Pro Hac Vice*)
**LIDDLE AND DUBIN PC**
975 East Jefferson Avenue
Detroit, Michigan 48207
*Counsel for Plaintiffs Rebecca Bratcher and Deanna Herr*

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:19 pm, October 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**