**KEMP JONES, LLP**
Don Springmeyer, Esq. (SBN 1021)
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
Telephone: 702-385-6000
Fax: 702 385-6001
Email: d.springmeyer@kempjones.com

**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey, Esq. (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Fax: (925) 407-2700
Email: ykrivoshey@bursor.com

*Attorneys for Plaintiff*

[*Attorneys for Defendants on Signature Page*]

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell, Esq. (*Pro Hac Vice*)
Max S. Roberts, Esq. (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Fax: (212) 989-9163
Email: aobergfell@bursor.com
Email: mroberts@bursor.com

**LIDDLE & DUBIN, P.C.**
David R. Dubin (*Pro Hac Vice*)
ddubin@ldclassaction.com
Nicholas A. Coulson (*Pro Hac Vice*)
ncoulson@ldclassaction.com
975 E. Jefferson Avenue
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA BRATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC,<br><br>Defendants. | Case No.: 2:20-cv-00767-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR 91-DAY EXTENSION OF ALL CASE DEADLINES**<br><br>**[THIRD REQUEST]** |

Plaintiff Rebecca Bratcher ("Plaintiff"), by and through her undersigned counsel, and Defendants Allegiant Travel Company and Allegiant Air, LLC ("Defendants" or "Allegiant") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through Allegiant's undersigned counsel, for good cause shown, hereby stipulate and agree to extend all outstanding deadlines in this case by ninety-one (91) days.[1]

Good cause supports this joint request for a 91-day extension. Specifically, the Parties have been actively engaged in discovery. Plaintiff produced documents to Defendants on May 14, 2021 and September 2, 2021. Likewise, Defendants produced documents to Plaintiff on June 25, 2021, September 22, 2021, October 8, 2021, October 18, 2021, and October 25, 2021. Additionally, Defendants took Plaintiff's deposition October 11, 2021. The Parties have been actively meeting and conferring regarding the various past and forthcoming productions, and require additional time such that a full production can be made. This case involves the search and production of voluminous ESI, the search of large databases, and the search of multiple custodians' records. Further, the Parties are awaiting the production of documents requested under the Freedom of Information Act ("FOIA"). The Parties would like additional time to complete discovery, to prepare for and take depositions, and to have sufficient time to retain experts and prepare expert reports. Further, the Parties have conferred and agreed to attend a mediation and are presently discussing the scheduling and parameters of such mediation. While pursuing mediation, the Parties wish to conserve resources and minimize unnecessary expense. Under the current deadlines, the Parties will not have sufficient time to complete the mediation and, if the matter is unresolved, make the required production and fulsome disclosures.

To provide the Parties with sufficient time to complete mediation and, if needed, complete and review all discovery thereafter, and schedule the appropriate depositions, the Parties have agreed to extend all outstanding deadlines in this case by an additional 91 days.

---

[1] A 90-day extension causes almost all continued deadlines to fall on a Sunday. As such, the Parties propose a 91-day extension to simplify the new deadline calculations.

The updated case schedule would be as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Expert Disclosure Deadline | January 26, 2022 | April 27, 2022 |
| Rebuttal Expert Disclosure Deadline | February 28, 2022 | May 31, 2022[2] |
| Expert Discovery Cutoff | March 14, 2022 | June 13, 2022 |
| Fact Discovery Cutoff | March 14, 2022 | June 13, 2022 |
| Dispositive Motion Deadline | March 14, 2022 | June 13, 2022 |
| Plaintiffs' Motion for Class Certification | March 14, 2022 | June 13, 2022 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | May 16, 2022 | August 15, 2022 |
| Plaintiffs' Reply in Support of Motion for Class Certification/Disclosure of Rule 23 Rebuttal Reports | June 13, 2022 | September 12, 2022 |
| Pretrial Order Deadline | April 11, 2022 | July 11, 2022 |

**IT IS SO STIPULATED.**

DATED: December 3, 2021.

**Order**

**IT IS SO ORDERED**
**DATED:** 10:49 am, December 06, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

By: __*/s/ Don Springmeyer*__

**KEMP JONES, LLP**
Don Springmeyer, Esq. (SBN 1021)
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169

**BURSOR & FISHER, P.A.**
Yeremey Krivoshey, Esq (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

---

[2] May 30, 2022 (91 days) is Memorial Day.

2

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell, Esq. (*Pro Hac Vice*)
Max S. Roberts, Esq. (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019

**LIDDLE & DUBIN, P.C.**
David R. Dubin, Esq. (*Pro Hac Vice*)
Nicholas A. Coulson, Esq. (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207

*Attorneys for Plaintiff and the Putative Class*

By: __/s/ Jacob D. Bundick__

**GREENBERG TRAURIG, LLP**
Mark E. Ferrario, Esq. (SBN 1625)
Jacob D. Bundick, Esq. (SBN 9772)
Michael R. Hogue, Esq. (SBN 12400)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**GREENBERG TRAURIG, LLP**
Robert J. Herrington, Esq. (*Pro Hac Vice*)
1840 Century Park East, Suite 1900
Los Angeles, California 90067

*Counsel for Defendants Allegiant Travel Company and Allegiant Air, LLC*

3