**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA BRATCHER and DEANNA HERR on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br>ALLEGIANT TRAVEL COMPANY and ALLEGIANT AIR, LLC,<br><br>            Defendants. | CASE NO. 2:20-cv-00767-ART-BNW<br><br>**ORDER APPROVING AMENDED STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs REBECCA BRATCHER and DEANNA HERR, by and through their counsel of record, the law firms of Kemp Jones, LLP, Bursor & Fisher, P.A., and Liddle Sheets Coulson, P.C., and Defendants ALLEGIANT TRAVEL

1

ACTIVE 682196089v1

COMPANY and ALLEGIANT AIR, LLC, by and through their counsel of record, the law firm of Greenberg Traurig, LLP, that the above-entitled and captioned proceeding is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs, including any interest.

DATED this 22nd day of September, 2022.              DATED this 22nd day of September, 2022.

**GREENBERG TRAURIG, LLP**                           **KEMP JONES, LLP**


  /s/ Michael R. Hogue                                 /s/ Don Springmeyer
MARK E. FERRARIO, ESQ.                               DON SPRINGMEYER, ESQ.
Nevada Bar No. 1625                                  Nevada Bar No. 1021
JACOB D. BUNDICK, ESQ.                               3800 Howard Hughes Parkway, 17th Floor
Nevada Bar No. 9772                                  Las Vegas, Nevada 89169
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400                                 **BURSOR & FISHER, P.A.**
10845 Griffith Peak Drive, Suite 600                 Yeremey Krivoshey, Esq. (*Pro Hac Vice*)
Las Vegas, Nevada 89135                              1990 North California Boulevard, Suite 940
                                                     Walnut Creek, California 94596
Robert J. Herrington, Esq. (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**                           **BURSOR & FISHER, P.A**.
1840 Century Park East, Suite 1900                   Andrew J. Obergfell, Esq. (*Pro Hac Vice*)
Los Angeles, California 90067                        Max S. Roberts, Esq. (*Pro Hac Vice*)
                                                     888 Seventh Avenue, Third Floor
*Counsel for Defendants Allegiant Travel*            New York, New York 10019
*Company and Allegiant Air, LLC*
                                                     **LIDDLE SHEETS COULSON, P.C.**
                                                     Nicholas A. Coulson, Esq. (*Pro Hac Vice*)
                                                     975 East Jefferson Avenue
                                                     Detroit, Michigan 48207

                                                     *Counsel for Plaintiff and the Putative Class*


                                    **ORDER**

    IT IS SO ORDERED.

    DATED: September 23, 2022


                                                     _____
                                                     ANNE R. TRAUM
                                                     UNITED STATES DISTRICT JUDGE

2

ACTIVE 682196089v1